IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 10-cr-00612-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSHUA BODEAN SMITH, and
2. BIANCA SOTO,

    Defendants.

---

**ORDER TO DISCLOSE CONFIDENTIAL INFORMANT MATERIAL**

---

This matter is before the Court on the United States' Unopposed Motion to Disclose Confidential Informant Material to Defendants (Doc. # 137), pursuant to 5 C.F.R. § 297.401(k). Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same. It is, therefore,

ORDERED that the United States' Motion is GRANTED, and that the Confidential Informant file may be disclosed to the defendants and their attorneys in the course of discovery in this case. The parties my file any such documents in this case under seal without the necessity of a separate motion to seal. It is

FURTHER ORDERED that such materials shall be used <u>only</u> in defending this case; that such materials are disclosed <u>only</u> to the defendants and their attorneys; that the defendants' attorneys shall maintain custody of such materials; and that such materials shall be immediately returned to the United States at the end of the case.

DATED: September __09__, 2011

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge