**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00612-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JOSHUA BODEAN SMITH,
2.     BIANCA SOTO,

    Defendants.

_____

**ORDER**
_____

It is ORDERED that the U.S. Army Criminal Investigations Laboratory send the exemplars and files produced in the above-captioned case to Defendant Soto's expert witness, Liam Hendrikse for examination.

DATED: November __13__, 2012

                              BY THE COURT:

                              *Christine M Arguello*
                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge