**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Criminal Case No. 10-cr-00612-CMA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JOSHUA BODEAN SMITH, and
2.  BIANCA SOTO,

     Defendants.

---

**STIPULATION AND ORDER REGARDING**
**CUSTODY OF EXHIBITS**

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the hearing,

counsel for the parties shall retain custody of their respective exhibits until such time

as all need for the exhibits has terminated and the time to appeal has expired or all

appellate proceedings have been terminated, plus sixty days.

     DATED: November __14__, 2012

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Judge